FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUL 16 AM 11: 44

DISTRICT OF UTAH
MAIL

**KENNETH A. RUSHTON (2827)**
**Attorney for Trustee**
**P.O. Box 212**
**Lehi, Utah 84043**
**Telephone: (801) 768-8416**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| **In Re:** | **Chapter 7** |
| **ROSS EDWARD FAUSETT**<br>**ANNA KRISTEN FAUSETT** | **Bankruptcy No. 08-25172** |
| **Debtors.** | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in Bank of New York Mellon, Account # 92000258734866.

3. The amounts are as follows:

Complete Recovery Corp.                                 $4.38
2708 South Redwood Road, Ste 250
Salt Lake City, Utah 84119

4. A check in the amount of $4.38, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this __14__ day of __July_____, 2010.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _14_ day of _July_____, 2010.

**United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111**